

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-15-00097-CV

Brian **MCENERY**,
Appellant

v.

**CITY OF SAN ANTONIO** and Chief Charles N. Hood,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06603
Honorable Cathleen M. Stryker, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that appellees City of San Antonio and Chief Charles N. Hood recover their costs of appeal from appellant Brian McEnery.

It is so ORDERED on June 1, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle, Clerk